UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES McNELIS.,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant.

Case No. C19-01590-RAJ

**ORDER GRANTING MOTION TO SEAL**

This matter comes before the Court on the parties' stipulated Motion to File the Administrative Record Under Seal. Dkt. # 23. The parties contend that the administrative record is replete with Plaintiff's confidential medical and mental health treatment records and that redaction is not a reasonable alternative given the volume. *Id.* at 2. The Court agrees that Plaintiff's interest in keeping his personal and medical information private outweighs the right of public access and is a compelling reason to seal the record. Accordingly, the Motion to Seal is **GRANTED**.

However, this Order does not absolve the parties of their obligations under Civil Local Rule 5(g). *See* W.D. Wash. Local Rules LCR 5(g)(3). Should either party wish to rely on portions of the administrative record in support of future pleadings (e.g., in support or opposition to dispositive motions), they must make a particularized showing

of the applicable legal standard, including why redaction is not sufficient, in a manner consistent with the procedures set forth in the rule.

DATED this 16th day of January, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge